Same case below, 381 Fed. Appx. 591.

**No. 10-8353. William Henry Sherratt, Petitioner v. Steven Turley, Warden, et al.**

562 U.S. 1292, 131 S. Ct. 1684, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2389.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 399 Fed. Appx. 411.

**No. 10-8355. Randolph M. Diaz, Petitioner v. Mike Knowles, Warden, et al.**

562 U.S. 1292, 131 S. Ct. 1684, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2234.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8359. Curtis Lee Bradford, Petitioner v. South Carolina.**

562 U.S. 1292, 131 S. Ct. 1684, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2316.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 10-8360. Moises E. Bure, Petitioner v. Florida.**

562 U.S. 1292, 131 S. Ct. 1685, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2274.

March 21, 2011. Petition for writ of certiorari to the Circuit Court of Florida, Dade County, denied.

**No. 10-8363. Margo Patscheck, Petitioner v. Arlene Hickson, Warden.**

562 U.S. 1292, 131 S. Ct. 1685, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2337.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 405 Fed. Appx. 317.

**No. 10-8376. Richard Don Foster, Petitioner v. California.**

562 U.S. 1292, 131 S. Ct. 1686, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2366.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 1301, 117 Cal. Rptr. 3d 658, 242 P.3d 105.

**No. 10-8384. Edward Maholmes, Petitioner v. Illinois.**

562 U.S. 1292, 131 S. Ct. 1686, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2294.

March 21, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 389 Ill. App. 3d 1146, 364 Ill. Dec. 646, 976 N.E.2d 1209.

**No. 10-8389. Gerard D. Grandoit, Petitioner v. HSBC Bank Nevada, N. A., et al.**

562 U.S. 1292, 131 S. Ct. 1686, 179 L. Ed. 2d 625, 2011 U.S. LEXIS 2394.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.